IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

JON VERNON IMMEL,

Defendant.                                                                 No. 97-CR-30080-DRH

### ORDER

**HERNDON, District Judge:**

Before the Court is a *pro se* motion by Defendant entitled "motion for leave to proceed in forma pauperis and to access and obtain court record for purposes of seeking legal or equitable relief from outstanding judgments." (Doc. 67.) This case has been closed since the Seventh Circuit dismissed Defendant's appeal on June 8, 2000. (Doc. 66.) No petitions collaterally attacking the judgment in this case are pending in this jurisdiction, and Defendant does not advise the Court of any pending in another jurisdiction. Consequently, the Court **DENIES** Defendant's motion for lack of jurisdiction. (Doc. 67.)

**IT IS SO ORDERED.**

Signed this 11th day of May, 2005.

/s/   David RHerndon
**United States District Judge**